**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JALARAM FRANKLIN INC. D/B/A DAYS INN,**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**ERIE INSURANCE COMPANY**<br><br>*Defendant,* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:26-CV-00898** |

**MOTION FOR ENTRY OF DEFAULT PURSUANT TO**
**FED. R. CIV. P. 55(A) AND LR 55.01(1)**

COMES NOW, Plaintiff, Jalaram Franklin Inc. D/B/A Days Inn (hereinafter "Plaintiff"), by and through the undersigned attorney, and hereby files this Motion for entry of default pursuant to Fed. R. Civ. P. 55(a) and LR 55.0(1), and in support thereof alleges as follows:

1. On June 30, 2026, Plaintiff filed the subject lawsuit against Defendant. *See Doc. 1.*

2. On July 15, 2026, Plaintiffs served the Department of Commerce and Insurance pursuant to Tennessee Code Annotated §56-2-504 or §56-2-205 on behalf of Erie Insurance Company ("Defendant") with a copy of the court issued summons and complaint with exhibits. *See Doc. 9.*

3. Defendant was required to respond to the Complaint by August 5, 2026.

4. To date no notices of appearance or responses to the Complaint have been filed on behalf of Defendant.

5. Pursuant to Fed. R. Civ. P. 55(a), "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

WHEREFORE, Plaintiff respectfully requests that default be entered pursuant to Fed. R. Civ. P. 55(a) and LR 55.0(1), grant such other and further relief as this Court deems just and proper.

By: /s/ Michael Katz
MICHAEL KATZ, Esq.
FL Bar No. 1024707
INSURANCE LITIGATION GROUP, P.A.
*Attorney for Plaintiff*
1500 NE 162nd Street
North Miami Beach, FL 33162
Telephone: (786) 529-0090
Facsimile: 866-239-9520
E-Mail:mkatz@ilgpa.com, service@ilgpa.com