**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**JALARAM FRANKLIN, INC. d/b/a**
**DAYS INN,**

**Plaintiff,**

**v.**

**Docket No.: 3:26-cv-00898 EJR/JSF**
**Jury Demanded**

**ERIE INSURANCE COMPANY,**

**Defendant.**

---

**STIPULATION TO ENTER APPRAISAL AND JOINT MOTION TO STAY LITIGATION**

---

Come now the parties, by and through counsel of record, and inform this Court that they have reached an agreement, and thereby Stipulate, to enter into the appraisal process as set forth in the policy of insurance at issue in this litigation. The parties have selected their respective appraisers. The expectation of the parties is that the appraisal process will take approximately 120 days, and will result in a narrowing of the issues, if any remain, to be litigated in this matter. As such, the parties jointly move this Court to Stay this matter pending completion of the appraisal process. In the alternative, the parties request that the Court administratively close this matter pending completion of the appraisal such that either or both parties may seek to reopen this litigation following appraisal if such is necessary.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, PLC

By: ___*/s/ Jonathan D. Stewart*_________
JONATHAN D. STEWART (#23039)
**Attorneys for Defendant**
Republic Centre
633 Chestnut Street, Suite 330
Chattanooga, Tennessee 37450
Phone: (423) 541-9260
jstewart@raineykizer.com

__/s/ *Michael Y. Katz*__________________
Michael Yaakov Katz, Esq.
Florida Bar No. 1024707
INSURANCE LITIGATION GROUP, P.A.
1500 NE 162nd Street
Miami, Florida 33162
Telephone: (786) 529-0090
Facsimile: (866) 239-9520
Email: mkatz@ilgpa.com
service@ilgpa.com
*Attorney for Plaintiff*