IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JALARAM FRANKLIN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:26-cv-00898 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| ERIE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On August 25, 2026, the parties filed a "Stipulation to Enter Appraisal and Joint Motion to Stay Litigation" (Doc. No. 14, "Motion"). Via the Motion, the parties informed the Court that they "have reached an agreement, and thereby Stipulate, to enter into the appraisal process as set forth in the policy of insurance at issue in this litigation" and "that the appraisal process will take approximately 120 days, and will result in a narrowing of the issues, if any remain, to be litigated in this matter." (*Id.* at 1). Also via the Motion, the "parties jointly move this Court to Stay this matter pending completion of the appraisal process." (*Id.*).[1]

The Motion (Doc. No. 14), being unopposed and well-taken, is **GRANTED**. All deadlines and proceedings in this matter are **STAYED** until further ordered by the Court. The parties are **DIRECTED** to file a status update within 120 days of this order informing the Court of the status of the appraisal process. Any party may move to reopen this case at any point for good cause.

[1] The parties alternatively ask "the Court [to] administratively close this matter pending completion of the appraisal such that either or both parties may seek to reopen this litigation following appraisal if such is necessary." (Doc. No. 14 at 1). However, because the Court finds that staying the case is appropriate, the Court declines to address this alternative request.

IT IS SO ORDERED.

Eli Richardson

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE